**Official Form 1 (04/10)**

| United States Bankruptcy Court<br>**CENTRAL** DISTRICT OF *CALIFORNIA* | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>*J.C. MANAGEMENT, INC. (Arby's),*<br>*A California Corporation* | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*NONE* | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): *33-0727627* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>*6801 Beach Blvd.*<br>*Buena Park CA*    ZIPCODE *90620* | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIPCODE |
| County of Residence or of the<br>Principal Place of Business: *Orange* | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>*SAME*    ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): *SAME*    ZIPCODE | |

**Type of Debtor** (Form of organization)

(Check **one** box.)

- ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business**

(Check **one** box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other *Arby's Restaurants*

**Tax-Exempt Entity**

(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- ☒ Debts are primarily business debts.

**Chapter 11 Debtors:**

**Check one box:**

- ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

- - - - - - - - - - - - - - - - - - - - - - - - - -

**Check all applicable boxes:**

- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Official Form 1 (04/10)                                                                                    FORM B1, Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **J.C. MANAGEMENT, INC. (Arby's),**<br>**A California Corporation** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years    (If more than two, attach additional sheet)

| Location Where Filed:<br>**NONE** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor    (If more than one, attach additional sheet)

| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition | **X**<br>────────────────────────  *05/01/2011*<br>Signature of Attorney for Debtor(s)                Date |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.

☒ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

────────────────────────────────────────<br>
(Name of landlord that obtained judgment)

────────────────────────────────────────<br>
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Official Form 1 (04/10)                                                                    FORM B1, Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**J.C. MANAGEMENT, INC. (Arby's),**<br>**A California Corporation** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

**X /s/ George L. Baugh, Esq.**
Signature of Attorney for Debtor(s)

**George L. Baugh, Esq.   97407**
Printed Name of Attorney for Debtor(s)

**Law Office of George L. Baugh**
Firm Name

**2201 East Chapman Avenue**
Address

**Fullerton CA  92831**

**(714) 870-5253**
Telephone Number

**05/01/2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ James C. Cunningham**
Signature of Authorized Individual

**James C. Cunningham**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**05/01/2011**
Date

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

In re  *J.C. MANAGEMENT, INC. (Arby's),*
*A California Corporation*

Case No.
Chapter  *11*

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $         *0.00* | | |
| B-Personal Property | *Yes* | *3* | $         *0.00* | | |
| C-Property Claimed as Exempt | *No* | *0* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *1* | | $         *0.00* | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *1* | | $         *0.00* | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *6* | | $   *2,795,851.82* | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *3* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *No* | *0* | | | $         *0.00* |
| J-Current Expenditures of Individual Debtor(s) | *No* | *0* | | | $         *0.00* |
| TOTAL | | *16* | $         *0.00* | $   *2,795,851.82* | |

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

In re  *J.C. MANGEMENT, INC. (Arby's),*
    *A California Corporation*

Case No.

Chapter  *11*

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C  § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

**B6 Declaration (Official Form 6 - Declaration) (12/87)**

In re _J.C. MANAGEMENT, INC. (Arby's),_
_A California Corporation_                                          Case No. _____
_____                              (if known)
Debtor

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY ON BEHALF OF A CORPORATION

I, _James C. Cunningham_____, _President_____ of the _Corporation_____

named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___17___ sheets,

and that they are true and correct to the best of my knowledge, information, and belief.


Date: _5/1/2011_____         Signature  _/s/ James C. Cunningham_____

                                   Name:  _James C. Cunningham_
                                   Title: _President_


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]


Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Form B203 Disclosure of Compensation of Attorney for Debtor (12/94)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

In re *J.C. MANADEMENT, INC. (Arby's), A California Corporation*

Case No.

Chapter  *11*

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____*20,000.00*_

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $ _____*20,000.00*_

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____*0.00*_

2.  The source of the compensation paid to me was:

    ☒  Debtor       ☐  Other (specify)

3.  The source of compensation to be paid to me is:

    ☒  Debtor       ☐  Other (specify)

4.  ☒  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearing thereof;

    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.  [Other provisions as needed].

    *None*

Form B203 Page Two - Disclosure of Compensation of Attorney for Debtor(s) (12/94)

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

    *None*

---

# CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.


| | |
|---|---|
| *05/01/2011* | */s/ George L. Baugh, Esq.* |
| Date | Signature of Attorney |
| | |
| | *Law Office of George L. Baugh* |
| | Name of Law Firm |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## Santa Ana DIVISION

In re  *J.C. MANAGEMENT, INC. (Arby's)*
  *A California Corporation*

Case No.

Chapter  *11*

_____ ,
         Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>*Colton General Limited Ptnship*<br>*c/o Chritopher Clark, Esq.*<br>*5120 Campus Drive, Suite*<br>*Newport Beach CA  92660* | Phone:<br>*Colton General Limited Ptnship*<br>*c/o Chritopher Clark, Esq.*<br>*5120 Campus Drive, Suite*<br>*Newport Beach CA  92660* | *Judgment* | | $ 1,400,000.00 |
| 2<br>*Arby's Franchise Trust*<br>*1155 Perimeter Center West*<br>*Atlanta GA  30338* | Phone:<br>*Arby's Franchise Trust*<br>*PO Box 845074*<br>*Dallas TX  75264-0074* | *Business Expenses* | | $ 336,276.05 |
| 3<br>*Charles Rand*<br>*18471 Maldon Drive*<br>*Huntington Beach CA  92649* | Phone:<br>*Charles Rand*<br>*18471 Maldon Drive*<br>*Huntington Beach CA  92649* | *Business Expenses* | | $ 221,032.44 |
| 4<br>*William M. Hoshar*<br>*4102 Avenida Sevilla*<br>*Cypress CA  90630* | Phone:<br>*William M. Hoshar*<br>*4102 Avenida Sevilla*<br>*Cypress CA  90630* | | | $ 221,032.44 |
| 5<br>*James Cunningham*<br>*6801 Beach Boulevard*<br>*Buena Park CA  90620* | Phone:<br>*James Cunningham*<br>*6801 Beach Boulevard*<br>*Buena Park CA  90620* | *Loan from Corporate Officer* | | $ 118,409.78 |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>Randy & Betty Chang<br>2555 Saratoga Drive<br>Fullerton CA  92835 | Phone:<br>Randy & Betty Chang<br>2555 Saratoga Drive<br>Fullerton CA  92835 | Business Expenses | | $ 108,382.63 |
| 7<br>GE Capital Franchise (5779)<br>8377 East Hartford Drive<br>Suite 200<br>Scottsdale AZ  85255 | Phone:<br>GE Capital Franchise Finance<br>8377 East Hartford Drive<br>Suite 200<br>Scottsdale AZ  85255 | Business Expenses | | $ 78,477.07 |
| 8<br>GE Capital Franchise (6654)<br>8377 East Hartford Drive<br>Suite 200<br>Scottsdale AZ  85255 | Phone:<br>GE Capital Franchise Finance<br>8377 East Hartford Drive<br>Suite 200<br>Scottsdale AZ  85255 | Business Expenses | | $ 78,233.79 |
| 9<br>Wells Fargo Card Services<br>P.O. Box 30086<br>Los Angeles CA  90030 | Phone:<br>Wells Fargo Card Services<br>P.O. Box 30086<br>Los Angeles CA  90030 | Business Expenses | | $ 64,286.22 |
| 10<br>McLane Foodservice Distrib.<br>File 2721<br>Los Angeles CA  90074 | Phone:<br>McLane Foodservice Distrib.<br>File 2721<br>Los Angeles CA  90074 | Business Expenses | | $ 61,856.73 |
| 11<br>Mimaki Properties, LP<br>9945 Warner Avenue<br>Fountain Valley CA  92708 | Phone:<br>Mimaki Properties, LP<br>9945 Warner Avenue<br>Fountain Valley CA  92708 | Lease Agreement | | $ 28,168.00 |
| 12<br>PennySaver<br>Department 76082<br>Los Angeles CA  90066 | Phone:<br>PennySaver<br>Department 76082<br>Los Angeles CA  90066 | Business Expenses | | $ 13,541.64 |
| 13<br>Butler Capital<br>PO Box 677<br>Hunt Valley MD  21030 | Phone:<br>Butler Capital<br>PO Box 677<br>Hunt Valley MD  21030 | Business Expenses | | $ 12,000.00 |

B4 (Official Form 4) (12/07)

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 14<br>Pepsi Cola Company<br>PO Box 841828<br>Dallas TX   75284 | Phone:<br>Pepsi Cola Company<br>PO Box 841828<br>Dallas TX   75284 | Business Expenses | | $ 6,799.09 |
| 15<br>Freund Baking Company<br>PO Box 911457<br>Los Angeles CA   90091 | Phone:<br>Freund Baking Company<br>PO Box 911457<br>Los Angeles CA   90091 | Business Expenses | | $ 6,633.65 |
| 16<br>Theodore & Minna Belesis<br>2732 Avalon Avenue<br>Carlsbad CA   92008 | Phone:<br>Theodore & Minna Belesis<br>2732 Avalon Avenue<br>Carlsbad CA   92008 | Business Expenses | | $ 6,314.86 |
| 17<br>Jin Kim<br>1700 East Colorado Boulevard<br>Pasadena CA   91106 | Phone:<br>Jin Kim<br>1700 East Colorado Boulevard<br>Pasadena CA   91106 | Business Expenses | | $ 6,000.00 |
| 18<br>Schwartz / Hulstedler<br>13402 Eton Place<br>Santa Ana CA   92705 | Phone:<br>Schwartz / Hulstedler<br>13402 Eton Place<br>Santa Ana CA   92705 | Business Expenses | | $ 5,879.34 |
| 19<br>Working Elec. & Air Condition<br>35512 Avenue 'H'<br>Yucaipa CA   92399 | Phone:<br>Working Elec. & Air Condition<br>35612 Avenue 'H'<br>Yucaipa CA   92399 | Business Expenses | | $ 4,715.43 |
| 20<br>Traffic Generators<br>303 Peachtree Center Ave<br>Suite 625<br>Atlanta GA   30303 | Phone:<br>Traffic Generators<br>303 Peachtree Center Ave<br>Suite 625<br>Atlanta GA   30303 | Business Expenses | | $ 4,628.62 |

B4 (Official Form 4) (12/07)

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *James C. Cunningham*                          , *President*              of the *Corporation*            named
as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that
they are true and correct to the best of my knowledge, information and belief.


Date: *5/1/2011*

Signature */s/ James C. Cunningham*

Name: *James C. Cunningham*

Title: *President*

Verification of Creditor Mailing List - (Rev. 10/05)                                   2003 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Rule 1007-2(d)

Name *George L. Baugh, Esq.*

Address *2201 East Chapman Avenue Fullerton, CA 92831*

Telephone *(714) 870-5253*

[X]   Attorney for Debtor(s)
[  ]   Debtor In Pro Per

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names, used by Debtor(s) within last 8 years:<br>*In re   J.C. MANAGEMENT, INC. (Arby's)* | Case No. |
| | Chapter *11* |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __6__ sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: *05/01/2011*

*/s/ George L. Baugh, Esq.*
Attorney: *George L. Baugh, Esq.*

*/s/ James C. Cunningham*
Debtor: *J.C. MANAGEMENT, INC. (Arby's)*

Joint Debtor:

```
J.C. MANAGEMENT, INC. (Arby's)
6801 Beach Blvd.
Buena Park, CA  90620


George L. Baugh, Esq.
2201 East Chapman Avenue
Fullerton, CA  92831
```

A.B. Investment Company
1881 Park Skyline Road
Santa Ana, CA  92705


AFA Service Corporation
PO Box 690951
Charlotte, NC  28289


Arby's Franchise Trust
1155 Perimeter Center West
Atlanta, GA  30338


Arby's Franchise Trust
PO Box 845074
Dallas, TX  75264-0074


Arby's Inc. dba Triarc Restuar
1000 Corporate Drive
Fort Lauderdale, FL  33334


Arby's Restaurant Group, Inc.
1155 Perimeter Center West
Atlanta, GA  30338


Audi Aire Engineering
PO Box 12238
San Bernardino, CA  92423


Butler Capital
PO Box 677
Hunt Valley, MD  21030


Charles Rand
18471 Maldon Drive
Huntington Beach, CA  92649


Clean Products
PO Box 17556
Portland, OR  97217

Colton General Limited Ptnship
c/o Chritopher Clark, Esq.
5120 Campus Drive, Suite 200
Newport Beach, CA  92660


Ecolab Pest Elim. Div.
PO Box 6007
Grand Forks, ND  58206


Elmer's Produce
845 E. 118th Place
Los Angeles, CA  90059


Freund Baking Company
PO Box 911457
Los Angeles, CA  90091


GE Capital Franchise (5779)
8377 East Hartford Drive
Suite 200
Scottsdale, AZ  85255


GE Capital Franchise (6654)
8377 East Hartford Drive
Suite 200
Scottsdale, AZ  85255


GE Capital Franchise Finance
8377 East Hartford Drive
Suite 200
Scottsdale, AZ  85255


James Cunningham
6801 Beach Boulevard
Buena Park, CA  90620


Jin Kim
1700 East Colorado Boulevard
Pasadena, CA  91106

Jin Kim Centers Business Mgmt.
11440 San Vicente Bl., Ste 201
Los Angeles, CA  90049


Kim 2000 Trust
PO Box 454
Huntington Beach, CA  92648


McLane Foodservice Distrib.
File 2721
Los Angeles, CA  90074


Mimaki Properties, LP
9945 Warner Avenue
Fountain Valley, CA  92708


Muzak, LLC
PO Box 71070
Charlotte, NC  28272


Nik-O-Lok Company
PO Box 2007
Indianapolis, IN  46206


NuCo2 Inc.
PO Box 9011
Stuart, FL  34995


PennySaver
Department 76082
Los Angeles, CA  90066


Pepsi Cola Company
PO Box 841828
Dallas, TX  75284


Randy & Betty Chang
2555 Saratoga Drive
Fullerton, CA  92835

Schwartz / Hulstedler
13402 Eton Place
Santa Ana, CA  92705


Shoes for Crews
1400 Centrepark Blvd. Ste 310
West Palm Beach, FL  33401


So Cal Lighting Services
10645 Painter Avenue
Santa Fe Springs, CA  90670


Sysco Food Service of L.A.
File No. 3980
Los Angeles, CA  90074-3980


Theodore & Minna Belesis
2732 Avalon Avenue
Carlsbad, CA  92008


Traffic Generators
303 Peachtree Center Ave
Suite 625
Atlanta, GA  30303


Wells Fargo Card Services
P.O. Box 30086
Los Angeles, CA  90030


Wells Fargo Financial Leasing
P.O. Box 6434
Carol Stream, IL  60197-6434


William M. Hoshar
4102 Avenida Sevilla
Cypress, CA  90630


Working Elec. & Air Condition
35612 Avenue 'H'
Yucaipa, CA  92399

Working Elec. & Air Condition
35512 Avenue 'H'
Yucaipa, CA  92399

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| George L. Baugh, Esq.<br>Law Office of George L. Baugh<br>2201 East Chapman Avenue<br>Fullerton , CA  92831<br>Phone: (714) 870-5253<br>FAX: (714) 526-3915<br>California State Bar Number: 97407<br>*Attorney for* J.C. MANAGEMENT, INC. (Arby's) | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re:     J.C. MANAGEMENT, INC. (Arby's), A California Corporation | CHAPTER 11 |
| | CASE NUMBER |
| Debtor. | (No Hearing Required) |

## DECLARATION RE: LIMITED SCOPE OF APPEARANCE
## PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1

TO THE COURT, THE DEBTOR, THE TRUSTEE (if any), AND THE UNITED STATES TRUSTEE:

1.  I am the attorney for the Debtor in the above-captioned bankruptcy case.

2.  On *(specify date)* _____ April 8, 2011 _____, I agreed with the Debtor that for a fee of $_____ $20,000 _____, I would provide only the following services:

a.  ☑ Prepare and file the Petition and Schedules
b.  ☑ Represent the Debtor at the 341(a) Meeting
c.  ☐ Represent the Debtor in any relief from stay actions
d.  ☐ Represent the Debtor in any proceeding involving an objection to Debtor's discharge pursuant to 11 U.S.C. § 727
e.  ☐ Represent the Debtor in any proceeding to determine whether a specific debt is nondischargeable under 11 U.S.C. § 523
f.  ☐ Other *(specify)*:

3.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on the following date at the city set forth in the upper left-hand corner of this page.

Dated:

I HEREBY APPROVE THE ABOVE:

/s/ J.C. MANAGEMENT, INC. (Arby's)
_____
*Signature of Debtor*
J.C. MANAGEMENT, INC. (Arby's)

_____
*Signature of Joint Debtor*

Law Office of George L. Baugh
_____
*Law Firm Name*

By:  /s/ George L. Baugh, Esq. _____

Name:  George L. Baugh, Esq. _____
*Attorney for Debtor*

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                **F 2090-1.1**

Declaration Re: Limited Scope of Appearance - *Page 2*                    **F 2090-1.1**

| In re | J.C. MANAGEMENT, INC. (Arby's), A California Corporation | | CHAPTER 11 |
|---|---|---|---|
| | | Debtor. | CASE NUMBER |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document described as _____
_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.   On _____   I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐  Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow.  Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| _____ | _____ | _____ |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                    **F 2090-1.1**

Declaration Re: Limited Scope of Appearance - *Page 3*

**F 2090-1.1**

| In re | J.C. MANAGEMENT, INC. (Arby's), A California Corporation | CHAPTER  11 |
|---|---|---|
| | Debtor. | CASE NUMBER |

**ADDITIONAL SERVICE INFORMATION** (if needed):

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| Party Name, Address and Telephone Number *(CA State Bar No. If Applicable)* | FOR COURT USE ONLY |
|---|---|
| George L. Baugh, Esq.<br>Law Office of George L. Baugh<br>2201 East Chapman Avenue          Fullerton , CA  92831<br>Phone: (714) 870-5253<br>FAX: (714) 526-3915<br>California State Bar Number: 97407 | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re:  J.C. MANAGEMENT, INC. (Arby's), A California Corp | CHAPTER 11<br><br>CASE NUMBER: |
| Debtor | (No Hearing Required) |

## VENUE DISCLOSURE FORM
## FOR CORPORATIONS FILING CHAPTER 11
### *(Required by General Order 97-02)*

*\*Attach additional sheets as necessary and indicate so in each section\**

1.      Specify the address of the principal office of the Debtor currently on file with the California Secretary of State (*from Form S0100, S0200, or S0300*):

2.      Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:

        6801 Beach Boulevard, Buena Park, California 90620

3.      Disclose the current business address(es) for all corporate officers:

4.      Disclose the current business address(es) where the Debtor's books and records are located:

Venue Disclosure Form for Corporations Filing Chapter 11 - *Page 2*

**VEN-C**

| In re: | J.C. MANAGEMENT, INC. (Arby's), A California Corporation | CHAPTER 11 |
|---|---|---|
| | Debtor. | CASE NUMBER |

5.  List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:

6.  Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

7.  State the name and address of the officer signing this Statement and the relationship of such person to the Debtor (*specify*):

8.  Total number of attached pages of supporting documentation: _____

9.  I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on the _____ day of _____, 20_____, at _____, California.

_____      /s/ J.C. MANAGEMENT, INC. (Arby's)
*Type Name of Officer*                 J.C. MANAGEMENT, INC. (Arby's)

_____
*Position or Title of Officer*

*Rev. 12/99* This form is required pursuant to General Order 97-02.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**VEN-C**

**STATEMENT OF RELATED CASES**
**INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2**
**UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA**

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows:  (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    NOT APPLICABLE

2.  (If petitioner is a partnership or joint venture)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    NOT APPLICABLE

3.  (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate.   Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    NONE

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    NOT APPLICABLE

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____, California.

/s/ J.C. MANAGEMENT, INC. (Arby's)
_____

*Debtor*   J.C. MANAGEMENT, INC. (Arby's)

Dated _____

_____

*Joint Debtor*

*January 2009*

**F 1015-2.1**

Statement of Related Cases Information Required by
Local Bankruptcy Rule 1015-2 - *Page 2 of 3*

**F 1015-2.1**

| In re   J.C. MANAGEMENT, INC. (Arby's), A California Corporation | CASE NUMBER: |
|---|---|
| Debtor. | |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document described as _____
_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| _____ | _____ | _____ |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 1015-2.1**

Statement of Related Cases Information Required by
Local Bankruptcy Rule 1015-2 - *Page 3 of 3*

**F 1015-2.1**

| In re J.C. MANAGEMENT, INC. (Arby's), A California Corporation | CASE NUMBER: |
|---|---|
| Debtor. | |

**ADDITIONAL SERVICE INFORMATION (if needed):**

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 1015-2.1**

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| JAMES C. CUNNINGHAM<br>Law Office of George L. Baugh<br>2201 East Chapman Avenue<br>Fullerton , CA  92831<br>(714) 870-5253         (714) 526-3915<br>☒ *Attorney for:* J.C. MANAGEMENT, INC. (Arby's) | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re:  J.C. MANAGEMENT, INC. (Arby's), A California Corporation<br><br><div align="right">Debtor(s),</div><br><div align="right">Plaintiff(s),</div><br><div align="right">Defendant(s).</div> | CASE NO.:<br><br>ADV. NO.:<br><br>CHAPTER: 11 |

# Corporate Ownership Statement Pursuant to
# F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

*Pursuant to F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report.  This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding.  A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, __JAMES C. CUNNINGHAM_____, the undersigned in the above-captioned case, hereby declare

<div align="center">(Print Name of Attorney or Declarant)</div>

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.      I have personal knowledge of the matters set forth in this Statement because:

☒  I am the president or other officer or an authorized agent of the debtor corporation

☐  I am a party to an adversary proceeding

☐  I am a party to a contested matter

☐  I am the attorney for the debtor corporation

2. a.   ☐  The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

*[For additional names, attach an addendum to this form.]*

b.      ☐  There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_____        _____
Signature of Attorney or Declarant                    Date

JAMES C. CUNNINGHAM
_____
Printed Name of Attorney or Declarant

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

April 2007