```
 1  PETER C. ANDERSON
    United States Trustee
 2  FRANK CADIGAN (Bar No. 95666)
    Assistant United States Trustee
 3  OFFICE OF THE UNITED STATES TRUSTEE
    RONALD REAGAN FEDERAL BUILDING &
 4       UNITED STATES COURTHOUSE
    411 W. Fourth St., Ste. 9041
 5  Santa Ana, CA 92701-8000
    Telephone:  (714) 338-3400
 6  Facsimile:  (714) 338-3421
    Email: Frank.Cadigan@usdoj.gov
 7
```

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| In Re: | ) | CHAPTER 11 |
|---|---|---|
| **J.C. MANAGEMENT, INC.** | ) | CASE NO.: 8:11-bk-16249-ES |
|  | ) | APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS |
| Debtor | ) | |

Pursuant to 11 U.S.C. §1102(a)(1), the undersigned hereby appoints the following five (5) members to serve on a Committee of Creditors holding unsecured claims.

**SEE EXHIBIT A ATTACHED**

DATED:  6/1/2011

Respectfully submitted,
OFFICE OF THE UNITED STATES TRUSTEE

/s/ Frank Cadigan
_____
FRANK CADIGAN
ASSISTANT U.S. TRUSTEE

IN RE:    **J.C. MANAGEMENT, INC.**
CASE NO.: **8:11-bk-16249-ES**

SCHWARTZ/HULSTEDLER
ATTN: DOUG SCHWARTZ
12612 ELIZABETH WAY
TUSTIN, CA 92780
TEL: (714) 730-3684

RANDY AND BETTY CHANG
ATTN: RANDY CHANG
2555 SARATOGA DR.
FULLERTON, CA 92835
TEL: (714) 529-7688
FAX: (714) 529-9311

H & R FOODS
ATTN: WILLIAM N. HOSHOR OR CHUCK RAND
4102 AVENIDA-SEVILLA
CYPRESS, CA 90630
TEL: (714) 527-0435

WORKING ELECTRIC & AIR CONDITIONING
ATTN: COLLEEN WORKING
35512 AVENUE H
YUCAIPA, CA 92399
TEL: (909) 556-9711
FAX: (909) 446-0726

COLTON GENERAL, LIMITED
ATTN: DAVID K. LAMB
2201 DUPONT DR., #300
IRVINE, CA 92612
TEL: (949) 833-1554 EXT 228
FAX: (949) 833-7853

**EXHIBIT A**

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
OFFICE OF THE U.S. TRUSTEE, 411 W. 4TH ST., #9041,, SANTA ANA, CA 92701

A true and correct copy of the foregoing document described as **APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **JUNE 1, 2011,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

George L Baugh glb3law@yahoo.com

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **JUNE 1, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

J.C. Management, INC., 6801 Beach Blvd., Buena Park, CA 90620

SEE EXHIBIT "A"

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **JUNE 1, 2011,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Honorable Erithe Smith—bin outside Rm 5097

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| JUNE 1, 2011 | Tari King | /s/ Tari King |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                           **F 9013-3.1.PROOF.SERVICE**