1  Michael G. Spector - Bar No. 145035
   Vicki L. Schennum (Of Counsel) - Bar No. 159628
2  **LAW OFFICES OF MICHAEL G. SPECTOR**
   2677 North Main Street, Suite 800
3  Santa Ana, California 92705
   Telephone: 714-835-3130; FAX: 714-558-7435
4  E-Mail: mgspector@aol.com

5  Attorneys for the Debtor and
   Debtor-In-Possession
6

7

8              **UNITED STATES BANKRUPTCY COURT**

9      **CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

10

11 In re                          )  Case No. 8:11-bk-16249-SC

12                                )  Chapter 11

13 J. C. MANAGEMENT, INC.,        )  **CHAPTER 11 DEBTOR'S AMENDMENTS
                                  )  TO LIST OF EQUITY SECURITY HOLDERS,**
14                                )  **SCHEDULES  B,  D  AND  F,  AND
                                  )  STATEMENT OF FINANCIAL AFFAIRS**
15              Debtor–In-Possession.)
                                  )  [NO HEARING REQUIRED]
16 _____)

17 **TO: THE HONORABLE SCOTT C. CLARKSON, THE UNITED STATES TRUSTEE, AND**

18 **OTHER INTERESTED PARTIES:**

19        J. C. Management, Inc., the Chapter 11 Debtor-In-Possession herein, hereby amends

20 its List of Equity Security Holders, Schedules B, D and F, and Statement of Financial Affairs

21 as indicated on the attached and which is incorporated herein by this reference.

22        I declare under penalty of perjury that I have read the attached Amendments to List of

23 Equity Security Holders, Schedules B, D and F, and Statement of Financial Affairs, and they

24 are true and correct to the best of my knowledge, information, and belief.

25 DATED: ___August 2____, 2011        **J. C. MANAGEMENT, INC.**

26

27                                     By: __/s/  James R. Cunningham_____
                                          James R. Cunningham, President of
28                                        Debtor and Debtor-In-Possession

C:\C\Lisa\MGS\J.C. Management, Inc. - 11\Pleadings\AMEND TO SCHEDS B, D & F & LIST OF EQUITY SECURITY HOLDERS.wpd

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

In re *J. C. Management, Inc., a  Corporation*

Case No. *8:11-bk-16249-SC*
Chapter *11*

_____ / Debtor

Attorney for Debtor: *Michael G. Spector*

## LIST OF EQUITY SECURITY HOLDERS

| Number | Registered Name of Holder of Security | Number of Shares | Class of Shares, Kind of Interest |
|---|---|---|---|
| *1* | *Cummingham, James R.* | *1,000.000* | *Common* |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

LIST OF EQUITY SECURITY HOLDERS

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION**

I, *James R. Cunningham* _____, *President* _____ of the *corporation* _____ named as

debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that they are true and correct to the best of my knowledge, information and belief.

Date: 8/2/2011 _____

Signature: /s/ James R. Cunningham _____

Name: *James R. Cunningham*
Title: *President*

In re *J. C. Management, Inc.* _____, Case No. *8:11-bk-16249-SC*
                 Debtor(s)                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY
## Amended July 29, 2011

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Bank of America - General Account - ending 6046* *Location: In debtor's possession* | | $ 0.00 |
| | | *Wells Fargo Bank - credit card account - ending 2572* *Location: In debtor's possession* | | $ 0.00 |
| | | *Wells Fargo Bank - General Account - ending 1732* *Location: In debtor's possession* | | $ 0.00 |
| | | *Wells Fargo Bank - Payroll Account - ending 9816* *Location: In debtor's possession* | | $ 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |

Page ___1___ of ___4___

B6B (Official Form 6B) (12/07)

In re *J. C. Management, Inc.* _____,    Case No. *8:11-bk-16249-SC*
                    Debtor(s)                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY
## Amended July 29, 2011
### (Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, In Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | *Claims against Arby's Franchise Trust*  *Location: In debtor's possession* | | *Unknown* |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | *Seven (7) Arby's License Agreement*  *Location: In debtor's possession* | | *Unknown* |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. | X | | | |

In re *J. C. Management, Inc.*                                                    ,    Case No. *8:11-bk-16249-SC*
_____                                                    (if known)
              Debtor(s)

# SCHEDULE B-PERSONAL PROPERTY
## Amended July 29, 2011
(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | | *Restaurant Equipment (Store #1314)*<br>*Location: In debtor's possession* | | $ 11,295.00 |
| | | *Restaurant Equipment (Store #5221)*<br>*Location: In debtor's possession* | | $ 9,160.00 |
| | | *Restaurant Equipment (Store #5597)*<br>*Location: In debtor's possession* | | $ 10,330.00 |
| | | *Restaurant Equipment (Store #5755)*<br>*Location: In debtor's possession* | | $ 9,215.00 |
| | | *Restaurant Equipment (Store #5779)*<br>*Location: In debtor's possession* | | $ 8,620.00 |
| | | *Restaurant Equipment (Store #6654)*<br>*Location: In debtor's possession* | | $ 10,695.00 |
| | | *Restaurant Equipment (Store #7614)*<br>*Location: In debtor's possession* | | $ 11,195.00 |
| 30. Inventory. | | *Food/Paper Products*<br>*Location: In debtor's possession* | | $ 84,376.00 |

Page   3   of   4

B6B (Official Form 6B) (12/07)

In re  _J. C. Management, Inc._____,     Case No. _8:11-bk-16249-SC_
                              Debtor(s)                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY
## Amended July 29, 2011
(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.<br>      Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not<br>      already listed. Itemize. | X | | | |
| | | | Total → | $ 154,886.00 |

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6D (Official Form 6D) (12/07)

In re _J. C. Management, Inc._ _____ ,    Case No. _8:11-bk-16249-SC_
    **Debtor(s)**                                                                              (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## Amended July 29, 2011

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *6654*  *Creditor # : 1*  *GE Capital Finance*  *8377 E. Hartford Dr., #200*  *Scottsdale AZ 85255* | X | *4-19-2000*  *Lien re certain bus. assets*  Value: *$ 0.00* | | | | $ 78,233.79 | $ 78,233.79 |
| Account No: *5779*  *Creditor # : 2*  *GE Capital Finance*  *8377 E. Hartford Dr., #200*  *Scottsdale AZ 85255* | X | *3-24-2000*  *Lien re certain bus. assets*  Value: *$ 0.00* | | | | $ 78,477.07 | $ 78,477.07 |
| Account No: | | Value: | | | | | |

No continuation sheets attached

| | | |
|---|---|---|
| Subtotal $  (Total of this page) | $ 156,710.86 | $ 156,710.86 |
| Total $  (Use only on last page) | $ 156,710.86  (Report also on Summary of Schedules.) | $ 156,710.86  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6F (Official Form 6F) (12/07)

In re _J. C. Management, Inc._____,   Case No. _8:11-bk-16249-SC_
                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended July 29, 2011

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.   R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   *Unkn* <br> *Creditor # : 1* <br> *AFA Service corporation* <br> *P. O. Box 690951* <br> *Charlotte NC 28289* | | | *4-22-2011* <br> *Marketing* | | | | $ 2,934.00 |
| Account No:   *2651* <br> *Creditor # : 2* <br> *Air Pacific Refridgeration* <br> *17 Dry Creek Lane* <br> *Laguna Hills CA 92653* | | | *April 21, 2011* <br> *Repairs* | | | | $ 750.00 |
| Account No:   *Unkn* <br> *Creditor # : 3* <br> *Arby's Franchise Trust* <br> *1155 Perimeter Center West* <br> *Atlanta GA 30338* | | | *April 30, 2011* <br> *Franchisor* | X | X | X | $ 363,606.62 |
| Account No:   *Unkn* <br> *Representing:* <br> *Arby's Franchise Trust* | | | *Arby's Franchise Trust* <br> *P. O. Box 845074* <br> *Dallas TX 75264-0074* | | | | |

_9_ continuation sheets attached

|   | Subtotal $ | $ 367,290.62 |
|---|---|---|
|   | Total $ | |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _J. C. Management, Inc._ _____,                    Case No. _8:11-bk-16249-SC_
                    **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended July 29, 2011
(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See Instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | X | | | | | | $ 0.00 |
| Creditor # : 4 Arby's Franchise Trust Re: Redlands Store 1155 Perimeter Center West Atlanta GA 30338 | | | | | | | |
| Account No: 4352 | | | April 30, 2011 Landscaping | | | | $ 200.00 |
| Creditor # : 5 Armando Almarar 4718 Tyler Street Riverside CA 92503 | | | | | | | |
| Account No: 3017 | | | April 25, 2011 Pumping | | | | $ 65.00 |
| Creditor # : 6 Atlas Pumping Service 12740 Vigilante Road Lakeside CA 92040 | | | | | | | |
| Account No: Unkn | | | April 19, 2011 Air Conditioner Repair | | | | $ 205.00 |
| Creditor # : 7 Audi Aire Engineering P. O. Box 12238 San Bernardino CA 92423 | | | | | | | |
| Account No: 6635 | | | April 22, 2011 | | | | $ 72.74 |
| Creditor # : 8 Business Music & Comm. 8450 Production Ave., #B San Diego CA 92121 | | | | | | | |
| Account No: Unkn | X | | April 22, 2011 Equipment lease (#7614) | | | | $ 1,050.00 |
| Creditor # : 9 Butler Capital P. O. Box 677 Cockeysville MD 21030 | | | | | | | |

Sheet No. 1 of 9 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 1,592.74

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related)

B6F (Official Form 6F) (12/07)  - Cont.

In re _J. C. Management, Inc._____,        Case No. _8:11-bk-16249-SC_
                        **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended July 29, 2011

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    420<br>Creditor # : 10<br>Cesar Ruiz<br>1833 Pasadena Ave.<br>Long Beach CA 90806 | | | April 30, 2011<br>Landscaping | | | | $ 80.00 |
| Account No:    Unkn<br>Creditor # : 11<br>Charles Rand<br>18471 Maldon Drive<br>Huntington Beach CA 92649 | | | Business Expenses | | | | $ 221,032.44 |
| Account No:    Unkn<br>Creditor # : 12<br>Clean Products<br>P. O. Box 17556<br>Portland OR 97217 | | | april 22, 2011<br>Paper Towels | | | | $ 448.03 |
| Account No:    4113<br>Creditor # : 13<br>Colton General Limited Ptnship<br>c/o Christopher Clark, Esq.<br>5120 Campus Dr., #200<br>Newport Beach CA 92660 | | | 10/31/2008<br>Judgment<br>OCSC Case No. 30-2008-00114113<br>Judgment entered November 2, 2009 | X | X | X | $ 1,400,000.00 |
| Account No:    9755<br>Creditor # : 14<br>Cooper's Cold Foods, Inc.<br>4510 Seville Avenue<br>Los Angeles CA 90058 | | | September 15, 2009 | | | | $ 119.10 |
| Account No:    8266<br>Creditor # : 15<br>DMI Manufacturing, Inc.<br>4770 Beidler Road<br>Willoughby OH 44094 | | | April 26, 2011<br>Parts | | | | $ 292.78 |

Sheet No. _2_ of _9_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 1,621,972.35

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _J. C. Management, Inc._ _____ ,    Case No. _8:11-bk-16249-SC_
                    **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended July 29, 2011

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See Instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **Unkn** <br> Creditor # : 16 <br> Ecolab Pest Elim. Div. <br> P. O. Box 6007 <br> Grand Forks ND 58206 | | October 1, 2010 <br> Pest Extermination | | | | $ 2,304.12 |
| Account No: **1830** <br> Creditor # : 17 <br> Franklin Machine Products, Inc <br> P. O. Box 8500 S-41570 <br> Philadelphia PA 19178 | | April 29, 2011 <br> Parts | | | | $ 99.08 |
| Account No: **Unkn** <br> Creditor # : 18 <br> Freund Banking Company <br> P. O. Box 911457 <br> Los Angeles CA 90091 | | April 30, 2011 <br> Bread | | | | $ 8,557.16 |
| Account No: **4/11** <br> Creditor # : 19 <br> GB Foods Corporation <br> Department #8007 <br> Los Angeles CA 90084-8007 | | April 30, 2011 <br> Green Burrito Franchisor | | | | $ 906.77 |
| Account No: **None** <br> Creditor # : 20 <br> Glant CO2 <br> 603 East Alton Ave., Unit F <br> Santa Ana CA 92705 | | March 24, 2009 | | | | $ 60.00 |
| Account No: **0051** <br> Creditor # : 21 <br> Hobart Corporation <br> 7050 Village Drive, Suite B <br> Buena Park CA 90621 | | April 5, 2011 <br> Repairs | | | | $ 392.27 |

Sheet No. __3__ of __9__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 12,319.40
Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _J. C. Management, Inc._                                         ,    Case No. _8:11-bk-16249-SC_
                    **Debtor(s)**                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended July 29, 2011
(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See Instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No. 6055<br>Creditor # : 22<br>J.C.'s Lawn Services<br>1439 Pleasant View<br>Corona CA 92882 | | | February 2, 2005<br>Landscaping | | | | $ 15.17 |
| Account No. None<br>Creditor # : 23<br>James Cunningham<br>6801 Beach Blvd.<br>Buena Park CA 90620 | | | 2010<br>Loans to corporation from Officer | | | | $ 118,409.78 |
| Account No. 5755<br>Creditor # : 24<br>Jin Kim<br>1700 East Colorado Blvd.<br>Pasadena CA 91106 | | | Landlord (#5755) | | | | $ 6,000.00 |
| Account No. Unkn<br>Creditor # : 25<br>McLane Foodservice Distrib.<br>File 2721<br>Los Angeles CA 90074 | X | | April 30, 2011<br>Food Vendor | | | | $ 81,717.34 |
| Account No. 3999<br>Creditor # : 26<br>Midwest Badge Corporation<br>P. O. Box 1516<br>Skokie IL 60076-8516 | | | april 15, 2011<br>Name Tags | | | | $ 48.48 |
| Account No. None<br>Creditor # : 27<br>Mimaki Properties, LP<br>3623 Etting Road<br>Oxnard CA 93033 | | | January 22, 2008<br>Lease Agreement<br>Commercial Single-Tenant Lease for 9945 Warner Ave., Fountain Valley, CA | | | | $ 28,168.00 |

Sheet No. _4_ of _9_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 234,358.77

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _J. C. Management, Inc._____,    Case No. _8:11-bk-16249-SC_
                          **Debtor(s)**                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended July 29, 2011
(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 28 <br> MultiVision Design <br> 13290 Red Bird Court <br> Calabasas CA 91302 | | | April 1. 2007 | | | | $ 12.00 |
| Account No: **Unkn** <br> Creditor # : 29 <br> NuCo2 Inc. <br> P. O. Box 9011 <br> Stuart FL 34995 | | | April 12, 2011 <br> Carbon Dioxide | | | | $ 56.63 |
| Account No: <br> Creditor # : 30 <br> Orkin <br> P. O. Box 7161 <br> Pasadena CA 91109-7161 | | | June 1, 2010 | | | | $ 67.72 |
| Account No: <br> Creditor # : 31 <br> PAR Tech <br> P. O. Box 201133 <br> Houston TX 77216-1133 | | | April 1, 2007 | | | | $ 116.37 |
| Account No: **Unkn** <br> Creditor # : 32 <br> PennySaver <br> Department 76082 <br> Los Angeles CA 90066 | | | February 2, 2011 <br> Marketing | | | | $ 13,541.64 |
| Account No: **Unkn** <br> Creditor # : 33 <br> Pepsi Cola Company <br> P. O. Box 841828 <br> Dallas TX 75284 | | | April 30, 2011 <br> Soft Drinks | | | | $ 8,864.65 |

Sheet No. _5_ of _9_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 22,659.01

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _J. C. Management, Inc._ ,                     Case No. _8:11-bk-16249-SC_
                        **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended July 29, 2011
(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    4728<br>Creditor # : 34<br>Post Alarm Systems<br>47 E. Saint Joseph St.<br>P. O. Box 60051<br>Arcadia CA 91006 | | | April 1, 2011<br>Security Alarm | | | | $ 95.00 |
| Account No:<br>Creditor # : 35<br>Quality Comm'l. Pest Control<br>9774 Crescent Center Dr., #503<br>Rancho Cucamonga CA 91730 | | | April 29, 2011<br>Pest Control | | | | $ 657.00 |
| Account No:    1022<br>Creditor # : 36<br>Quill<br>P. O. Box 37600<br>Philadelphia PA 19101-0600 | | | March 16, 2006 | | | | $ 49.49 |
| Account No:    Unkn<br>Creditor # : 37<br>Randy & Betty Chang<br>2555 Saratoga Drive<br>Fullerton CA 92835 | | | Loan | | | | $ 108,382.63 |
| Account No:    4426<br>Creditor # : 38<br>Reliable Landscape Co.<br>8121 Commonwealth Ave.<br>Buena Park CA 90621 | | | April 30, 2011<br>Landscaping | | | | $ 168.00 |
| Account No:    3231<br>Creditor # : 39<br>Royal Cup<br>160 Cleage Drive<br>P. O. Box 170971<br>Birmingham AL 35217 | | | September 1, 2007 | | | | $ 33.00 |

Sheet No. _6_ of _9_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 109,385.12

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _J. C. Management, Inc._____,    Case No. _8:11-bk-16249-SC_
           **Debtor(s)**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended July 29, 2011
### (Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:    2760<br>Creditor # : 40<br>Sam's Produce Company<br>P. O. Box 33258<br>Los Angeles CA 90033 | | February 1, 2004<br>Produce | | | | $ 20.00 |
| Account No:    9224<br>Creditor # : 41<br>San Bern. & Riverside Fire<br>932 North 'D' Street<br>San Bernardino CA 92410-3520 | | December 1, 2003 | | | | $ 65.38 |
| Account No:    Unkn<br>Creditor # : 42<br>Schwartz / Hulstedler<br>13402 Eton Place<br>Santa Ana CA 92705 | | Landlord (#7614) | | | | $ 5,879.34 |
| Account No:    Unkn<br>Creditor # : 43<br>Shoes for Crews<br>1400 Centrepark Blvd., #310<br>West Palm Beach FL 33401 | | April 18, 2011<br>Safety Shoes | | | | $ 117.99 |
| Account No:    Unkn<br>Creditor # : 44<br>So Cal Lighting Services<br>10645 Painter Avenue<br>Santa Fe Springs CA 90670 | | April 22, 2011<br>Repair Signs | | | | $ 2,518.63 |
| Account No:    Unkn<br>Creditor # : 45<br>Sysco Food Service of LA<br>File No. 3980<br>Los Angeles CA 90074-3980 | X | April 25, 2011<br>Food Vendor | | | | $ 1,974.06 |

Sheet No. __7__ of __9__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 10,575.40

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _J. C. Management, Inc._ _____,    Case No. _8:11-bk-16249-SC_
         **Debtor(s)**                                                                 (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended July 29, 2011
(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    4283<br>Creditor # : 46<br>Taylor Freezers of Southern CA<br>6825 East Washington Blvd.<br>Los Angeles CA 90040 | | | May 5, 2010 | | | | $ 57.34 |
| Account No:    2005<br>Creditor # : 47<br>Terminix International<br>P. O. Box 742592<br>Cincinnati OH 45274-2592 | | | None | | | | $ 100.00 |
| Account No:<br>Creditor # : 48<br>The Grease Company<br>4020 Bandini Blvd.<br>Los Angeles CA 90023 | | | April 30, 2011<br>Services | | | | $ 455.81 |
| Account No:    Unkn<br>Creditor # : 49<br>Theodore & Minna Belesis<br>2732 Avalon Ave.<br>Carlsbad CA 92008 | | | Landlord (#1314) | | | | $ 6,314.86 |
| Account No:    Unkn<br>Creditor # : 50<br>Traffic Generators<br>303 Peachtree Center #625<br>Atlanta GA 30303 | | | April 30, 2011<br>Marketing | | | | $ 4,628.62 |
| Account No:    Unkn<br>Creditor # : 51<br>Wells Fargo Card Services<br>P. O. Box 30086<br>Los Angeles CA 90030 | X | | Business line of credit | | | | $ 64,286.22 |

Sheet No. _8_ of ___9___ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 75,842.85

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _J. C. Management, Inc._ _____,   Case No. _8:11-bk-16249-SC_
                **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended July 29, 2011
(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See Instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **Unkn**<br>Creditor # : 52<br>Wells Fargo Financial Leasing<br>P. O. Box 6434<br>Carol Stream IL 60197-6434 | X | Cash Register Lease | | | | $ 4,000.00 |
| Account No: **Unkn**<br>Creditor # : 53<br>William M. Hoshar<br>4102 Avenida Sevilla<br>Cypress CA 90630 | | | | | | $ 221,032.44 |
| Account No: **Unkn**<br>Creditor # : 54<br>Working Elec. & Air Condition<br>35512 Avenue 'H'<br>Yucaipa CA 92399 | | August 24, 2011<br>Air Conditioner Repair | | | | $ 4,715.43 |
| Account No: | | | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |

Sheet No. _9_ of _9_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 229,747.87
Total $ | $ 2,685,744.13

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION
#### Amended July 29, 2011

In re: *J. C. Management, Inc., a   Corporation*                    Case No. *8:11-bk-16249-SC*

### STATEMENT OF FINANCIAL AFFAIRS- AMENDED

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

**1. Income from employment or operation of business**

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter   13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                   SOURCE

*10/1/2010 - 3/31/2011*                  *Sales*
*$2,483,764.10*

---

*10/1/2009 - 9/30/2010*                  *Sales*
*$5,028,445.00*

---

*10/1/2008 - 9/30/2009*                  *Sales*
*$5,499,491.00*

Statement of Affairs - Page 1

**2. Income other than from employment or operation of business**

None ☒   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**3. Payments to creditors**

None ☒   Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☐   b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

*See attachment.*

None ☐   c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| *James R. Cunningham*<br>*Debtor's President* | *5/2010 – 4/2011* | *$55,000.00 Comp.*<br><br>*$91,187.20 Loan Repmt.*<br><br>*$15,627.91 Perq's.* | *$118,409.78* |
| *Matthew Cunningham*<br>*Son of Debtor's President* | *5/2010 – 4/30/2011* | *$51,600.00 Comp.*<br><br>*$3,708.00 Perq's.* | *$ -0-* |

Statement of Affairs - Page 2

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Colton General, Ltd. vs. C&C-HB Enterprises, Inc., James R. Cunningham, J.C. Management, Inc.* | | *Orange County Superior Court - Central Justice Center* | *Judgment Entered* |

None ☒ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None ☒ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

None ☒ a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☒ List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☒ List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *George L. Baugh, Esq.*<br>*2201 East Chapman Avenue*<br>*Fullerton, CA 92831* | *April 8, 2011*<br>*J.C. Management, Inc.*<br>*(Arby's)* | *$20,000.00* |
| *Payee: Michael G. Spector*<br>*Address:*<br>*2677 N. Main St., Suite 800*<br>*Santa Ana, CA 92705* | *Date of Payment:   6/24/2011*<br>*Payor: J. C. Management,*<br>*Inc.* | *$30,000.00* |

**10. Other transfers**

None ☒   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒   b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☒   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☒   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☒   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☒  List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☒  If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☒  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

None ☒  For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None ☒  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☒  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☐  a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses     in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| *J.C. Management, Inc.* | *TaxPayer ID: 33-0727627* | *6801 Beach Blvd. Buena Park, CA 90620* | *Restaurant* | *1996 – present* |

None ☒   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.   A debtor who has not been in business within those six years should go directly to the signature page.)

## 19. Books, records and financial statements

None ☐   a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                                 DATES SERVICES RENDERED

*Joe Gaglio, CPA*                                                                *Dates:  1996 –*
*16512 Burke Lane*                                                               *present*
*Huntington Beach, CA 92647*

None ☒   b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☒   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☒   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

**20. Inventories**

None ☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE
OF INVENTORY        INVENTORY SUPERVISOR

DOLLAR AMOUNT
OF INVENTORY
(Specify cost, market or other basis)

*See Attachment.*

None ☒    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

None ☒    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| *James R. Cunningham* | *President/Treasurer* | *100%* |
| *Lorraine Cunningham* | *Secretary* | *0%* |

**22. Former partners, officers, directors and shareholders**

None ☒    a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None ☒    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distribution by a corporation**

None ☒    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

Statement of Affairs - Page 7

**24. Tax Consolidation Group.**

None

☒

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

**25. Pension Funds.**

None

☒

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date ___8/2/2011___ _____          Signature ___/s/   James R. Cunningham_____

                                              _James R. Cunningham_____    _President___
                                              Print Name and Title

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

_____continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. §§ 152 and 3571.*